UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Y.P., et al.,

                Plaintiffs,

     -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,
et al.,

               Defendants.

------------------------------------------------------------------X

26-cv-1029 (LJL)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2026
```

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference in this matter on June 5, 2026.  This Order memorializes the Court's oral rulings at that conference.

Defendants shall submit their forthcoming motion to dismiss by July 6, 2026.  Plaintiffs shall respond by August 5, 2026, and Defendants shall reply by August 19, 2026.

Discovery in this proceeding is stayed pending resolution of the motion to dismiss, as consented to by the parties.  Within one week of resolution of the motion to dismiss, the parties shall submit a joint letter to the Court requesting a date for a case management conference for the remaining claims.

The parties are ordered to meet and confer with respect to the proceeding before Magistrate Judge Lehrburger, and inform the Court if any relief from the stay of discovery is necessary in light of that proceeding.

     SO ORDERED.

Dated: June 5, 2026
     New York, New York

                                    LEWIS J. LIMAN
                              United States District Judge